# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 09-357 (RHK/JJG) |
| Plaintiff, | ) |
| v. | ) ORDER FOR FILING UNDER SEAL |
| SCOTT A. DOESCHER, | ) |
| Defendant. | ) |

Upon request of the Defendant, it is hereby **ORDERED** that defendant's Request to Seal Documents is **GRANTED**.

Dated: May 5, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge