UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 09-357 (RHK/JJG)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR FILING UNDER SEAL |
| SCOTT A. DOESCHER, | ) | |
| Defendant. | ) | |

Upon request of the defendant, it is hereby ordered that defendant's position paper and defense motion for evidentiary hearing regarding sentencing factors may be filed under seal.

Dated: May 20, 2010

s/Richard H. Kyle
Judge Richard Kyle